LES MIXED USE LLC
100 PARK AVENUE SUITE 2805
NEW YORK NY 10017

KRISS AND FEUERSTEIN LLP
360 LEXINGTON AVE STE 1200
NEW YORK NY 10017