**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

Case No.   25-41388 nhl
Chapter 11

In re:        75 Essex Corner LLC,        Debtor

### DISCLOSURE OF CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Bankruptcy Rule 1073-3, NECHEMIA WEINBERGER hereby files this Disclosure of Corporate Ownership Statement and certifies as follows:

1.  Corporate Ownership: 75 Essex Corner LLC is a privately held limited liability company.

2. Principal Officer: The principal officer of 75 Essex Corner LLC  is Nechemia Weinberger, who serves as the Managing Member.

3. Ownership Interest: Nechemia Weinberger holds a 100% ownership interest in

### Statement of Ownership

I, Nechemia Weinberger, Managing Member of 75 Essex Corner LLC, declare under penalty of perjury that I am the sole owner of 75 Essex Corner LLC, holding 100% of the ownership interests in the company.


Dated: April 8th 2025

_____/s/  Nechemia Weinberge



_____/s/_____
Joshua R. Bronstein Esq.
Joshua R. Bronstein & Associates, PLLC
114 Soundview Drive Port Washington, NY 11050
Tel: 516-698-0202 Fax: 516-791-3470 Email: jbrons5@yahoo.coma