UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

In re:

75 Essex Corner LLC,

Case No. 25-41388

Chapter: 11

Debtor(s)
----------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

_75 Essex Corner LLC_, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter _11_ of the Bankruptcy Code on _March 25, 2025_.

2. Filed herewith is an amendment to _Summary of Assets & Liabilities, Schedule A/B, D_ [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: _6/19/25_

_____
(Signature of Debtor)

Sworn to before me this _19th_
day of _June 2025_,

_Jacob Tischler_ (signature)
Notary Public, State of New York

Jacob Tischler
Notary Public, State of New York
Reg. No. 01TI0019463
Qualified in KINGS County
Commission Expires January 5, 2028

***Reminder:*** *No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

USBC-63

Rev. 12/1/2023