**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

75 Essex Corner, LLC and Eisner Bros Realty Corp.,

                              Debtors.

Chapter 11
Case No.: 25-41388 (NHL)
(Jointly Administered)

-----------------------------------------------------------X

### ORDER EXTENDING THE EXCLUSIVE PERIODS FOR DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the *Debtors' Second Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof and for Related Relief* (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (the "Debtors"), pursuant to section 1121(d) of the Bankruptcy Code, seeking to extend the exclusive period during which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") by approximately 60 days through and including November 21, 2025, and extending the period during which the Debtors have the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") by 60 days through and including January 20, 2026; and the accompanying affirmations filed pursuant to Local Rule 9077-1; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and a hearing on the Motion having been held on November 4, 2025, at which Alexandra Pontrello (Counsel to Debtor) and Frank C. Dell'Amore (Counsel to Les Mixed Use LLC) appeared; and no objections having been received; and it appearing that the relief requested by this Motion is in the best interest of the Debtors,

---

[1]     Capitalized terms used but not defined herein shall have the meaning ascribed in the Motion.

-2-

their estates, and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Motion is GRANTED to the extent set forth herein; and it is further

**ORDERED**, that the Exclusive Filing Period is hereby extended through and including November 21, 2025, pursuant to section 1121(d) of the Bankruptcy Code; and it is further

**ORDERED**, that the Exclusive Solicitation Period is hereby extended through and including January 20, 2026, pursuant to section 1121(d) of the Bankruptcy Code; and it is further

**ORDERED**, that this Order is without prejudice to the Debtors' rights to seek further extensions of the Exclusive Periods; and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.